**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __II__          **Investigating Agency**  __FBI__

**City**    __Quincy__                    **Related Case Information:**

**County**   __Norfolk__                  Superseding Ind./ Inf. _____   Case No.  __23-mj-4472-DHH__
                                          Same Defendant _____   New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number   __See Attached__
                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name    Hui Zhang _____                Juvenile:    ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name        _____

Address       (City & State)   Quincy, MA _____

Birth date (Yr only): __1982__  SSN (last4#): __7564__   Sex __M__      Race: _____      Nationality: _____

**Defense Counsel if known:**        _____        Address  _____

**Bar Number**          _____                      _____

**U.S. Attorney Information:**

**AUSA**    William F. Abely _____        Bar Number if applicable   __660281__

**Interpreter:**      ☑ Yes   ☐ No       List language and/or dialect:    __Mandarin__

**Victims:**       ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes   ☐ No

**Matter to be SEALED:**      ☑ Yes   ☐ No

        ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**            _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ————————— ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**      ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**      ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony ——— 1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    09/05/2023          Signature of AUSA:    */s/ William F. Abely*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):        23-mj-4472-DHH

**Name of Defendant**        Hui Zhang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant Case Numbers: 23-mj-4365-DHH; 23-mj-4462-DHH; 23-mj-4473-DHH

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013